IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERTO JONES-CHAMBERS,** *Plaintiff,* v. **DETECTIVE ANDREW RATHFON.** *Defendant.* | Case No: 2:23-cv-01138-MSG |

## ORDER

**AND NOW**, this 27th day of June, 2024, upon consideration of Defendant's "Motion to Dismiss" (ECF No. 15), and Plaintiff's response thereto (ECF No. 17), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**